Pierce and J. L. Howell, both of St. Louis, Mo., for plaintiff in error. Bartley & Douglass, of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties; taxation of attorney fee for defendant in error waived.

---

SCHMIDT v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. October 19, 1916.) No. 4815. In Error to the District Court of the United States for the District of North Dakota. John F. Sullivan, of Mandan, N. D., for plaintiff in error. M. A. Hildreth, U. S. Atty., of Fargo, N. D.

PER CURIAM. Cause docketed and writ of error dismissed, with prejudice, without costs to either party in this court, per stipulation of parties.

---

SCHWIRTZ v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. March 19, 1917.) No. 4916. In Error to the District Court of the United States for the District of North Dakota. John E. Greene, of Minot, N. D., for plaintiff in error. M. A. Hildreth, U. S. Atty., of Fargo, N. D.

PER CURIAM. Writ of error docketed and dismissed, without prejudice, on motion of plaintiff in error and stipulation of parties. See, also, 245 Fed. 989, — C. C. A. —.

---

SCHWIRTZ v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 18, 1917.) No. 4986. In Error to the District Court of the United States for the District of North Dakota. John E. Greene, of Minot, N. D., for plaintiff in error. M. A. Hildreth, U. S. Atty., of Fargo, N. D.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of counsel for respective parties. See, also, 245 Fed. 989, — C. C. A. —.

---

SHERA v. MERCHANTS' LIFE INS. CO. et al. (Circuit Court of Appeals, Eighth Circuit. December 18, 1916.) No. 4728. Appeal from the District Court of the United States for the Southern District of Iowa. F. T. Hughes and E. L. McCoid, both of Keokuk, Iowa, for appellant. Maurice E. Locke, of Dallas, Tex., for appellees.

PER CURIAM. Settled, and decree of District Court (237 Fed. 484) affirmed, with costs, per stipulation of parties.

---

SHUCART et al. v. COCA-COLA CO. et al. (Circuit Court of Appeals, Eighth Circuit. October 21, 1916.) No. 4783. Appeal from the District Court of the United States for the Eastern District of Missouri. James L. Hopkins, of St. Louis, Mo., for appellees.

PER CURIAM. Cause docketed and appeal dismissed, with costs, pursuant to rule 16, on motion of appellees.

---

SHUCART v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 8, 1917.) No. 4763. In Error to the District Court of the United States for the Eastern District of Missouri. Benj. J. Klene, of St. Louis, Mo., for plaintiff in error. Arthur L. Oliver, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

SIOUX CITY SERVICE CO. v. SNYDER. (Circuit Court of Appeals, Eighth Circuit. September 4, 1916.) No. 4726. In Error to the District Court of the United States for the Northern District of Iowa. J. L. Ken-